# Court of Appeals
# of the State of Georgia

ATLANTA, August 24, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0008.  CROSS CREEK PICTURES, LLC et al.  v. HELIBLACK, LLC.**

Appellants have moved for a 30-day extension of time in which to file transcripts in the above-styled case.  Pursuant to OCGA § 5-6-39 (a) (3), their motion is hereby granted, and Appellants now have up through September 24, 2018 to file the transcripts.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/24/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*